IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN RE:  CASE NO: 18-60459
          JUDGE RUSS KENDIG
DEREK LANE FRAZIER   CHAPTER 13
AMY ANN FRAZIER
      Debtors  MODIFICATION OF PLAN

The Plan is modified pursuant to 11 U.S.C. 1329 as follows:

1. Payments into the Plan shall be at the rate of $1360.00 per month by wage withholding from the wages of the debtor, Derek Lane Frazier.

2. Red E Auto upon its secured claim in the amount shown of $8,443.30 (Claim No. 3), shall be paid in full, plus interest at the rate of 6.75% per annum at the rate of $353.39 per month.

    /s/ JOHN H. HORNBROOK
    JOHN H. HORNBROOK #0019917
    ATTORNEY FOR DEBTORS,
    Derek and Amy Frazier
    1400 Market Ave N.,
    Canton, OH 44714
    Phone: (330)456-0091
    Fax: (330)456-3092
    Email: bankruptcy_attys@yahoo.com

NOTICE

All other provisions of the Plan as originally filed or as previously modified shall remain the same unless inconsistent with this Modification.

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2018, a true and correct copy of the Modification of Chapter 13 Plan and Notice of Modification of Plan was served: Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail notice list:

John H. Hornbrook   bankruptcy_attys@yahoo.com
Toby L. Rosen   trosen@chapter13canton.com, trosen@ecf.epiqsystems.com
United States Trustee   (Registered address)@usdoj.gov

By regular mail, postage pre-paid, this 25th day of May, 2018 upon:

Derek and Amy Frazier
998 N. Main St.
Killbuck, OH  44637

Red E. Auto Finance Inc.
1633 Steele Hill Rd.
New Philadelphia, OH  44663

Attorney Steven Anderson
140 Fair Avenue NW
PO Box 1014
New Philadelphia, OH  44663

All creditors and their agents as shown on the attached creditor mailing matrix at the addresses contained thereon.

/s/John H. Hornbrook
JOHN H. HORNBROOK, Reg. No. 0019917
ATTORNEY FOR DEBTORS
Derek and Amy Frazier
1400 Market Ave N
Canton, OH  44714
Phone: (330)456-0091
Fax: (330)456-3092
Email:  bankruptcy_attys@yahoo.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN RE:                                        CASE NO. 18-60459
                                              CHAPTER 13
DEREK LANE FRAZIER
AMY ANN FRAZIER                               JUDGE RUSS KENDIG

            Debtors

## NOTICE OF MODIFICATION OF PLAN

The debtor has filed a Modification of Plan with the Court in this bankruptcy case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought, or if you want the Court to consider your views, then on or before **June 20, 2018, YOU MUST**

File with the Court a written response setting forth the specific grounds for objection at:

   CLERK OF COURTS
   UNITED STATES BANKRUPTCY COURT
   Ralph Regula and U.S. Courthouse
   401 McKinley Ave SW
   Canton, Ohio 44702

You **must** also mail a copy to:

   JOHN H. HORNBROOK
   ATTORNEY FOR DEBTORS
   1400 North Market Avenue
   Canton, Ohio 44714
   Phone: (330) 456-0091

If you mail your request and response to the Court for filing, you must mail it early enough so the Court will receive it **before the date stated above**.

If you or your Attorney do not take these steps, the Court may decide that you do not oppose the relief sought.

                              /s/John H. Hornbrook
                              JOHN H. HORNBROOK, Reg. No. 0019917
                              ATTORNEY FOR DEBTORS
                              Derek and Amy Frazier
                              1400 Market Ave N
                              Canton, OH 44714
                              Phone: (330)456-0091
                              Fax: (330)456-3092
                              Email: bankruptcy_attys@yahoo.com

```
Label Matrix for local noticing         United States Bankruptcy Court         AMERICAN ELECTRIC POWER
0647-6                                  Ralph Regula U.S. Courthouse           ATTN BANKRUPTCY
Case 18-60459-rk                        401 McKinley Avenue SW                 1 AEP WAY
Northern District of Ohio               Canton, OH 44702-1745                  Hurricane, WV 25526-1231
Canton
Fri May 25 10:09:53 EDT 2018

AMERICAN ELECTRIC POWER                 BENJAMIN HOEN ESQ ET AL                CALIBER HOME LOANS
PO BOX 24405                            323 W LAKESIDE AVE #200                PO BOX 24610
Canton, OH 44701-4405                   Cleveland, OH 44113-1009               Oklahoma City, OK 73124-0610


DAVID SED ESQ                           (p)DIRECTV LLC                         EQUIFAX
PO BOX 672                              ATTN BANKRUPTCIES                      PO BOX 740241
Ravenna, OH 44266-0672                  PO BOX 6550                            Atlanta, GA 30374-0241
                                        GREENWOOD VILLAGE CO 80155-6550


EXPERIAN                                FFCC CLEVELAND                         GEICO
PO BOX 2002                             24700 CHAGRIN BLVD #2                  ONE GEICO PLAZA
Allen, TX 75013-2002                    Cleveland, OH 44122-5647               Bethesda, MD 20811-0001


HOLMES COUNTY TREASURER                 POMERENE HOSPITAL                      RED E AUTO
75 E CLINTON ST #105                    974 WOOSTER RD                         1633 STEELE HILL RD STE B
Millersburg, OH 44654-1283              Millersburg, OH 44654-1576             New Philadelphia, OH 44663-7525


(p)REGIONAL INCOME TAX AGENCY           ROZUK RADIOLOGY                        Regional Income Tax Agency
PO BOX 470537                           PO BOX 392                             Attn: Legal Dept.
ATTENTION LEGAL DEPARTMENT              Millersburg, OH 44654-0392             PO Box 470537
BROADVIEW HEIGHTS OH 44147-0537                                                Broadview Heights OH 44147-0537


SIRIUS XM                               (p)TEAM RECOVERY INC                   TINA GRESS
PO BOX 9001399                          PO BOX 1643                            324 FAIRVIEW ST LOT 9
Louisville, KY 40290-1399               STOW OH 44224-0643                     West Lafayette, OH 43845-1062


TRANS UNION                             UNITED CONSUMER FINANCIAL              US BANK AS TRUSTEE
PO BOX 2000                             PO BOX 856290                          13801 WIRELESS WAY
Chester, PA 19016-2000                  Louisville, KY 40285-6290              Oklahoma City, OK 73134-2500


United Consumer Financial Services      Verizon                                WOOSTER COMMUNITY HOSPITAL
Bass & Associates, P.C.                 by American InfoSource LP as agent     1761 BEALL AVE
3936 E. Ft. Lowell Rd., Suite 200       PO Box 248838                          Wooster, OH 44691-2399
Tucson, AZ 85712-1083                   Oklahoma City, OK  73124-8838


XTREME RENTAL                           Amy Ann Frazier                        Derek Lane Frazier
2019 PORTAGE RD                         998 N Main Street                      998 N Main Street
Wooster, OH 44691-1909                  Killbuck, OH 44637-9503                Killbuck, OH 44637-9503
```

John H. Hornbrook
1400 N Market Avenue
Canton, OH 44714-2608

Toby L. Rosen
Toby L. Rosen, Trustee
400 W Tuscarawas Street
Citizens Bank Bldg. 4th Floor
Canton, OH 44702-2044

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DIRECT TV
PO BOX 6414
Carol Stream, IL 60197-6414

REGIONAL INCOME TAX AGENCY
PO BOX 94569
Cleveland, OH 44101-4569

TEAM RECOVERY
3914 CLOCK POINTE TRI
Stow, OH 44224-2931

End of Label Matrix
Mailable recipients   31
Bypassed recipients    0
Total                 31