| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Derek Lane Frazier |
| Debtor 2 (Spouse, if filing) | Amy Ann Frazier |
| United States Bankruptcy Court for the: | Northern District of Ohio |
| Case number | 18-60459-rk |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 9 2 9

**Date of payment change:** Must be at least 21 days after date of this notice — 04/12/2022

**New total payment:** Principal, interest, and escrow, if any — $ 995.42

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 221.67     New escrow payment: $ 217.79

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Debtor 1 | Derek Lane Frazier | Case number (if known) 18-60459-rk |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Molly Slutsky Simons
Signature

Date 02/09/2022

Print: Molly Slutsky Simons
First Name   Middle Name   Last Name

Title Attorney for Creditor

Company Sottile & Barile, Attorneys at Law

Address 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com



**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

DEREK L FRAZIER
C/O JOHN HORNBROOK
1400 N MARKET AVE
CANTON OH  44714

Analysis Date: February 02, 2022                                                                                                  Final
Property Address: 998 NORTH MAIN STREET  KILLBUCK, OH 44637                                                  Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Apr 2021 to Mar 2022.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Apr 12, 2022: |
|---|---|---|
| Principal & Interest Pmt: | 777.63 | 777.63 |
| Escrow Payment: | 221.67 | 217.79 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $999.30 | $995.42 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Feb 12, 2022 |
| Escrow Balance: | 1,735.66 |
| Anticipated Pmts to Escrow: | 443.34 |
| Anticipated Pmts from Escrow (-): | 301.10 |
| Anticipated Escrow Balance: | $1,877.90 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 374.14 | 132.02 |
| Apr 2021 | 221.67 | 591.83 | 63.23 | 62.44 | * Flood FPI | 532.58 | 661.41 |
| Apr 2021 | | | 63.23 | 62.44 | * Forced Place Insur | 469.35 | 598.97 |
| May 2021 | 221.67 | 221.67 | 63.23 | 61.71 | * Flood FPI | 627.79 | 758.93 |
| May 2021 | | | 63.23 | 61.71 | * Forced Place Insur | 564.56 | 697.22 |
| Jun 2021 | 221.67 | 221.67 | 63.23 | 61.53 | * Flood FPI | 723.00 | 857.36 |
| Jun 2021 | | | 63.23 | 61.53 | * Forced Place Insur | 659.77 | 795.83 |
| Jun 2021 | | | | 556.91 | * County Tax | 659.77 | 238.92 |
| Jun 2021 | | | | 21.07 | * County Tax | 659.77 | 217.85 |
| Jul 2021 | 221.67 | | 20.59 | | * County Tax | 860.85 | 217.85 |
| Jul 2021 | | | 543.97 | | * County Tax | 316.88 | 217.85 |
| Jul 2021 | | 221.67 | 63.23 | 61.35 | * Flood FPI | 253.65 | 378.17 |
| Jul 2021 | | | 63.23 | 61.35 | * Forced Place Insur | 190.42 | 316.82 |
| Aug 2021 | 221.67 | 221.67 | 63.23 | 61.17 | * Flood FPI | 348.86 | 477.32 |
| Aug 2021 | | | 63.23 | 61.17 | * Forced Place Insur | 285.63 | 416.15 |
| Sep 2021 | 221.67 | 221.67 | 63.23 | 60.98 | * Flood FPI | 444.07 | 576.84 |
| Sep 2021 | | | 63.23 | 60.98 | * Forced Place Insur | 380.84 | 515.86 |
| Oct 2021 | 221.67 | | 63.23 | 60.79 | * Flood FPI | 539.28 | 455.07 |
| Oct 2021 | | | 63.23 | 60.79 | * Forced Place Insur | 476.05 | 394.28 |
| Oct 2021 | | 482.26 | | | * Escrow Only Payment | 476.05 | 876.54 |
| Nov 2021 | 221.67 | 221.67 | 63.23 | 60.79 | * Flood FPI | 634.49 | 1,037.42 |
| Nov 2021 | | | 63.23 | 60.79 | * Forced Place Insur | 571.26 | 976.63 |

Page 1

| Date | | | | | | Description | | Balance |
|---|---|---|---|---|---|---|---|---|
| Nov 2021 | | 328.71 | | | * | Escrow Only Payment | 571.26 | 1,305.34 |
| Dec 2021 | 221.67 | 443.34 | 63.23 | 60.60 | * | Flood FPI | 729.70 | 1,688.08 |
| Dec 2021 | | | 63.23 | 60.60 | * | Forced Place Insur | 666.47 | 1,627.48 |
| Jan 2022 | 221.67 | | 63.23 | 60.22 | * | Flood FPI | 824.91 | 1,567.26 |
| Jan 2022 | | | 63.23 | 60.22 | * | Forced Place Insur | 761.68 | 1,507.04 |
| Jan 2022 | | 657.42 | | | * | Escrow Only Payment | 761.68 | 2,164.46 |
| Jan 2022 | | | | 568.78 | * | County Tax | 761.68 | 1,595.68 |
| Jan 2022 | | | | 21.47 | * | County Tax | 761.68 | 1,574.21 |
| Feb 2022 | 221.67 | | 556.91 | | * | County Tax | 426.44 | 1,574.21 |
| Feb 2022 | | | 21.07 | | * | County Tax | 405.37 | 1,574.21 |
| Feb 2022 | | 221.67 | 63.23 | | * | Flood FPI | 342.14 | 1,795.88 |
| Feb 2022 | | | 63.23 | 60.22 | * | Forced Place Insur | 278.91 | 1,735.66 |
| Mar 2022 | 221.67 | | 63.23 | | * | Flood FPI | 437.35 | 1,735.66 |
| Mar 2022 | | | 63.23 | | * | Forced Place Insur | 374.12 | 1,735.66 |
| | | | | | | Anticipated Transactions | 374.12 | 1,735.66 |
| Jan 2022 | | | | 60.22 | | Flood FPI | | 1,675.44 |
| Feb 2022 | | 221.67 | | 60.22 | | Forced Place Insur | | 1,836.89 |
| Feb 2022 | | | | 60.22 | | Flood FPI | | 1,776.67 |
| Mar 2022 | | 221.67 | | 60.22 | | Forced Place Insur | | 1,938.12 |
| Mar 2022 | | | | 60.22 | | Flood FPI | | 1,877.90 |
| | $2,660.04 | $4,498.59 | $2,660.06 | $2,752.71 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 2,660.06. Under Federal law, your lowest monthly balance should not have exceeded 443.34 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue. Your actual lowest monthly balance was greater than 190.42. The items with an asterisk on your Account History may explain this. If you want a further explanation, please call our toll-free number.

Analysis Date: February 02, 2022
Borrower: DEREK L FRAZIER                                                                                                   Loan

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 1,877.90 | 383.29 |
| Apr 2022 | 217.79 | 60.22 | Flood FPI | 2,035.47 | 540.86 |
| Apr 2022 | | 60.22 | Forced Place Insur | 1,975.25 | 480.64 |
| May 2022 | 217.79 | 60.22 | Flood FPI | 2,132.82 | 638.21 |
| May 2022 | | 60.22 | Forced Place Insur | 2,072.60 | 577.99 |
| Jun 2022 | 217.79 | 60.22 | Flood FPI | 2,230.17 | 735.56 |
| Jun 2022 | | 60.22 | Forced Place Insur | 2,169.95 | 675.34 |
| Jul 2022 | 217.79 | 21.07 | County Tax | 2,366.67 | 872.06 |
| Jul 2022 | | 556.91 | County Tax | 1,809.76 | 315.15 |
| Jul 2022 | | 60.22 | Flood FPI | 1,749.54 | 254.93 |
| Jul 2022 | | 60.22 | Forced Place Insur | 1,689.32 | 194.71 |
| Aug 2022 | 217.79 | 60.22 | Flood FPI | 1,846.89 | 352.28 |
| Aug 2022 | | 60.22 | Forced Place Insur | 1,786.67 | 292.06 |
| Sep 2022 | 217.79 | 60.22 | Flood FPI | 1,944.24 | 449.63 |
| Sep 2022 | | 60.22 | Forced Place Insur | 1,884.02 | 389.41 |
| Oct 2022 | 217.79 | 60.22 | Flood FPI | 2,041.59 | 546.98 |
| Oct 2022 | | 60.22 | Forced Place Insur | 1,981.37 | 486.76 |
| Nov 2022 | 217.79 | 60.22 | Flood FPI | 2,138.94 | 644.33 |
| Nov 2022 | | 60.22 | Forced Place Insur | 2,078.72 | 584.11 |
| Dec 2022 | 217.79 | 60.22 | Flood FPI | 2,236.29 | 741.68 |
| Dec 2022 | | 60.22 | Forced Place Insur | 2,176.07 | 681.46 |
| Jan 2023 | 217.79 | 60.22 | Flood FPI | 2,333.64 | 839.03 |
| Jan 2023 | | 60.22 | Forced Place Insur | 2,273.42 | 778.81 |
| Feb 2023 | 217.79 | 568.78 | County Tax | 1,922.43 | 427.82 |
| Feb 2023 | | 21.47 | County Tax | 1,900.96 | 406.35 |
| Feb 2023 | | 60.22 | Flood FPI | 1,840.74 | 346.13 |
| Feb 2023 | | 60.22 | Forced Place Insur | 1,780.52 | 285.91 |
| Mar 2023 | 217.79 | 60.22 | Flood FPI | 1,938.09 | 443.48 |
| Mar 2023 | | 60.22 | Forced Place Insur | 1,877.87 | 383.26 |
| | $2,613.48 | $2,613.51 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 194.71. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 435.59 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,877.90. Your starting balance (escrow balance required) according to this analysis should be $383.29. This means you have a surplus of 1,494.61. This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be 2,613.51. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 217.79 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $217.79 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CANTON DIVISION

| | |
|---|---|
| In Re: | Case No. 18-60459-rk |
| Derek Lane Frazier<br>Amy Ann Frazier | Chapter 13 |
| Debtor(s). | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I certify that on February 9, 2022, a true and correct copy of this Notice of Mortgage Payment Change was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    John H. Hornbrook, Debtors' Counsel
    bankruptcy_attys@yahoo.com

    Dynele L. Schinker-Kuharich, Trustee
    dlsk@chapter13canton.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Derek Lane Frazier, Debtor
    Amy Ann Frazier, Debtor
    998 N Main Street
    Killbuck, OH 44637

                                        Respectfully Submitted,

                                        /s/ Molly Slutsky Simons
                                        Molly Slutsky Simons (0083702)
                                        Sottile & Barile, Attorneys at Law
                                        394 Wards Corner Road, Suite 180
                                        Loveland, OH 45140
                                        Phone: 513.444.4100
                                        Email: bankruptcy@sottileandbarile.com
                                        Attorney for Creditor